# EOD
12/27/2012

Richard A. Pelley 17532500
PELLEY LAW OFFICES
905 North Travis Street
Sherman, Texas 75090
(903) 813-4778

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| IN RE: | |
|---|---|
| JEFFREY KEITH MANN<br>LORI D. MANN | CASE NO. 12-42227 |
| DEBTOR | |

## ORDER AUTHORIZING DEBTOR TO REDEEM
## PROPERTY SECURED BY BEST BUY HSBC

Came on to be considered the Motion to Redeem as filed by Debtor in the above-entitled and -enumerated cause; and the Court, having considered the same and having found that due notice was given and that no response was filed thereto, and it appearing to the satisfaction of the Court that the property sought to be redeemed consists of tangible personal property intended primarily for personal, family, or household use, which is further described below and is subject to a lien held by the duly-notified creditor, Best Buy HSBC, securing a dischargeable consumer debt that is exempt under Section 522, Title 11 of the United States Bankruptcy Code or has been abandoned under Section 554 of said Title, and that the amount of the allowed secured claim held by creditor is the amount as pleaded in the motion;

IT IS THEREFORE ORDERED that the Motion to Redeem Property Secured by Best Buy HSBC be, and the same is hereby, **GRANTED** and said Debtor be, and is hereby, authorized to redeem the following described property by paying to the creditor the sum of *$170.00* as follows:

| | | |
|---|---|---|
| Laptop: $50.00 | Case: $5.00 | Ipod: $20.00 |
| GPS: $25.00 | Vacuum: $50.00 | Speakers: $20.00 |

Jeffrey Keith and Lori D. Mann\Motion & Order to Redeem Property Secured by Best Buy HSBC\ 11.20.12/sel

Signed on 12/27/2012

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                   Case No. 12-42227-btr
Jeffrey Keith Mann                                                       Chapter 7
Lori D Mann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4           User: childsj            Page 1 of 2             Date Rcvd: Dec 27, 2012
                               Form ID: pdf400         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2012.
db/jdb       +Jeffrey Keith Mann,    Lori D Mann,    604 Melgrave Court,    Lucas, TX 75002-7580
cr           +CAPITAL ONE, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
cr           +Encore Bank,    Nine Greenway Plaza,    Suite 1000,    Houston, TX 77046-0900
cr           +Toyota Motor Credit Corporation,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
6354025      +Attorney General of Texas,    Collection Div.- Bankruptcy,    Box 12548, Capitol Station,
               Austin , TX 78711-2548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ebnnotices@ascensioncapitalgroup.com Dec 28 2012 04:33:12
               BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2012**               **Signature:** _Joseph Speetjens_

```
District/off: 0540-4          User: childsj            Page 2 of 2            Date Rcvd: Dec 27, 2012
                              Form ID: pdf400          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2012 at the address(es) listed below:
              Christopher  Moser    kimhill@qsclpc.com,   cmoser@ecf.epiqsystems.com;cmoser@qsclpc.com
              Melissa A. Haselden    on behalf of Creditor   Encore Bank Haselden@hooverslovacek.com,
               haseldenbankruptcy@gmail.com;bankruptcy1@hooverslovacek.com
              Patti H. Bass    on behalf of Creditor   CAPITAL ONE, N.A. ecf@bass-associates.com
              Richard A. Pelley    on behalf of Debtor Jeffrey Mann richard.pelley@verizon.net,
               michelle.lankford@verizon.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 5